# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:21-cv-016 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| THIRTY-THREE THOUSAND TWENTY AND 00/100 DOLLARS ($33,020.00) IN UNITED STATES CURRENCY, *et al.*, | : : | |
| Defendants. | : | |

## ORDER GRANTING PLAINTIFF'S MOTION TO LIFT STAY

This matter is before the Court on Plaintiff United States' Motion to Lift Stay (Doc. No. 18). Following a previous motion of the United States, the Court stayed this civil forfeiture proceeding pending the conclusion of the related criminal investigation. (Doc. No. 10.) Since that entry, claimant Anthony Hart has withdrawn his claim and answer. (Doc. No. 17.)

Therefore, it is hereby **ORDERED** that Plaintiff United States' Motion to Lift Stay is **GRANTED**. The United States is directed to submit the appropriate filings **within 30 days** to complete this action.

**IT IS SO ORDERED.**

Date: 4/14/2022

*s/Thomas M. Rose*

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE